**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2615**

---

RICHARD KENT,

Petitioner,

versus

NORFOLK SHIPBUILDING & DRYDOCK CORPORATION;
BENEFITS REVIEW BOARD, UNITED STATES DEPART-
MENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(99-206)

---

Submitted:  May 10, 2000          Decided:  September 6, 2000

---

Before NIEMEYER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

John H. Klein, MONTAGNA, KLEIN & CAMDEN, L.L.P., Norfolk, Virginia,
for Petitioner. Richard E. Garriott, Jr., CLARKE, DOLPH, RAPAPORT,
HARDY & HULL, P.L.C., Norfolk, Virginia, for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Norris Kent petitions this court for review of a decision and order of the Benefits Review Board ("Board") affirming the administrative law judge's denial of longshore benefits on the ground that Kent's injury did not occur on a covered situs, as required by 33 U.S.C.A. § 903(a) (West 1986 & Supp. 1999). We have reviewed the briefs and record on appeal, and our review discloses that the Board's decision is supported by substantial evidence, is rational, and is in accordance with the law. See Norfolk Shipbuilding & Drydock Corp. v. Hord, 193 F.3d 797, 800 (4th Cir. 1999) (stating standard of review). Accordingly, because we find that the site of the injury is not a covered situs, see Sidwell v. Express Container Servs., Inc., 71 F.3d 1134, 1138-40 (4th Cir. 1995), we deny Kent's petition for review on the reasoning of the Board. See Kent v. Norfolk Shipbuilding & Drydock Corp., No. 99-206 (B.R.B. Oct. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2